**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**SAVVY CELLAR WINES, INC.,**<br><br>　　　　　　Defendant. | Case No.  4:21-cv-09163-YGR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 43 |

On September 9, 2022, plaintiff informed the Court of his intent not to amend his complaint and preference for pursing his ADA claim in state court together with his Unruh Act claim, over which this Court declined to extend jurisdiction. (Dkt. No. 43.) Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated:  September 20, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**